**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

DIMITRIOS GEORGAKAKIS,

      Plaintiff,

v.                                    Civil Action No. 4:18-CV-00479

CHW GROUP, INC. d/b/a CHOICE
HOME WARRANTY,

      Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dimitrios Georgakakis, through his undersigned attorney, hereby files this *Notice of Voluntary Dismissal With Prejudice* in the above-captioned matter.

Respectfully submitted,

Joshua R. Kersey, Lead Attorney
Texas Bar No. 24090206
MORGAN & MORGAN, PA
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 225-5505
Facsimile:  (813) 222-2490
JKersey@ForThePeople.com
JSherwood@ForThePeople.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2018, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to

all counsel of record.

_____

Joshua R. Kersey, Lead Attorney