# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DIMITRIOS GEORGAKAKIS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18cv479 |
| | § | |
| CHW GROUP INC. d/b/a | § | |
| CHOICE HOME WARRANTY | § | |

### TRANSFER ORDER

It is hereby **ORDERED** that the above-named civil action is transferred to the Honorable Richard A. Schell, effective immediately.

**IT IS SO ORDERED.**

**SIGNED this 30th day of July, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE